IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL WAYNE SAYLOR                                                                                      PLAINTIFF

v.                            Case No. 3:11-cv-00141 BSM/JTK

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                          DEFENDANT

**ORDER**

Pending is Plaintiff's Motion to Extend Time. (Doc. No. 10) He asks the Court to extend the briefing deadline to January 13, 2012, because he cannot currently prepare an adequate brief due to Defendant's failure to provide to him a copy of the administrative transcript. *Id.* He also asks the Court to direct Defendant to provide such copy of the transcript by November 18, 2011. *Id.*

The Court GRANTS Plaintiff's motion to extend the briefing deadline. His brief is due no later than January 13, 2012. Defendant's brief is due no later than 42 days from the date Plaintiff's brief is served. The Court DENIES the remainder of Plaintiff's motion. The Court understands that Defendant is currently attempting to provide the transcript to Plaintiff, so imposing an order and deadline on Defendant is unnecessary at this time.

SO ORDERED this 7th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE