IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAUL WAYNE SAYLOR                                                                PLAINTIFF

V.                      CASE NO. 3:11CV00141 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 24th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE