```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

PAUL WAYNE SAYLOR                                          PLAINTIFF

V.                      CASE NO. 3:11CV00141 JTK

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                    DEFENDANT


<u>JUDGMENT</u>

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #21). In the motion, Plaintiff requests $4,661.32 in attorney's fees and $98.54 in expenses. The Court hereby grants the motion in part.

Courts have generally held that attorneys seeking fees under the federal fee-shifting statutes present to the Court fee applications that "include contemporaneous time records of hours worked and rates claimed, plus a detailed description of the subject matter of the work with supporting documents, if any." Where the documentation is inadequate, the Court may reduce the award. *See Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983).

The Commissioner submits that Plaintiff has requested a reasonable award of attorney's fees but objects to the request

of $98.54 in expenses because Plaintiff neither identifies the nature of the expenses nor provides supporting documentation. Plaintiff's counsel informed the Court that, given the relatively small amount of expenses requested, he does not intend to file a Reply to the Response in opposition. Accordingly, Plaintiff is awarded $4,661.32.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts.  *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).  Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney in the amount of $4,661.32.

IT IS SO ORDERED this 21st day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE